UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In re

**Carl Garris**
**Sheryl L Metz-Garris**

Chapter **7**

Case No. **18-36599**

Debtor(s)

-------------------------------------------------------------------X

# LOSS-MITIGATION REQUEST - BY THE DEBTOR

I am a Debtor in this case. I hereby request loss mitigation with respect to 23 Alexander Drive, Washingtonville NY 10992, in regard to loan ending 5824 with creditor Mr. Cooper.

## SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in loss mitigation in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of this loss mitigation. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the loss mitigation period.

Sign: **/s/ Carl Garris**          Date: **October 3, 2018**

Print Name: **Carl Garris**

Telephone Number:

E-mail Address (if any):

Sign: **/s/ Sheryl L Metz-Garris**          Date: **October 3, 2018**

Print Name: **Sheryl L Metz-Garris**

Telephone Number:

E-mail Address (if any):