# THE
# UGELL LAW FIRM, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

▪ CRIMINAL DEFENSE ▪ CONSUMER BANKRUPTCY ▪ REAL ESTATE ▪ FORECLOSURE DEFENSE ▪
▪ LOAN MODIFICATION ▪ MATRIMONIAL & FAMILY LAW ▪ WILLS & ESTATES ▪

**SCOTT B. UGELL, ESQ.**
SCOTT@UGELLLAW.COM
EXTENSION: 101

151 N. MAIN STREET, STE #202
NEW CITY, NEW YORK 10956
WWW.UGELLLAW.COM
OFFICE: (845) 639-7011
FAX: (845) 639-7004

**ADMITTED IN:**
NY, FEDERAL, AND U.S. SUPREME

July 8, 2019

**VIA ECF & US MAIL**

The Honorable Cecelia G. Morris
Chief Justice
U.S. Bankruptcy Court SDNY
355 Main Street Poughkeepsie, NY 12601-3315

**RE: Loss Mitigation Status Report**
   **Carl Garris and Sheryl L Metz-Garris**
   **Case Number 18-36599-cgm**

Dear Judge Morris,

Please allow this letter to serve as a status report in the pending Loss Mitigation pursuant to the Southern District of New York Bankruptcy's Loss Mitigation Program. My office represents the debtors, Carl Garris and Sheryl L Metz-Garris, in the above-referenced case.

The debtors have commenced Nationstar's online short sale process in Equator and the real estate agent is working to complete the property data task required to move the file forward. In agreement with Nationstar's counsel, we respectfully request that loss mitigation be continued while the debtor's actively pursue a short sale of the property.


Thank you.
Very truly yours,

**/s/ Scott B. Ugell**
Scott B. Ugell, Esq.

CC:   M. Licker/McCalla, Raymer, Leibert, Pierce LLC
      Mr. C. Garris & Ms. S. Metz-Garris

1